United States Bankruptcy Court for the:

**Eastern District of Texas**

Case number *(if known)*: _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Smazy Enterprise IV LLC     (AUSTIN) |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | My Eyelab |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 86-1258787 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 9900 S. I 35 | 2300 Olympia Drive |
| Number      Street | Number      Street |
| Suite A250 | #270432 |
| | P.O. Box |
| Austin             TX    78748 | Flower Mound        TX    75027 |
| City                State    ZIP Code | City                State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Travis County | |
| County | Number      Street |
| | |
| | City                State    ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

6. **Type of debtor**

- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding  LLP)
- ☐ Other. Specify: _____

| Debtor | Smazy Enterprise IV LLC  (AUSTIN) | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

44-45

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes. District _____ When ____/____/_____  Case number _____
                                      MM / DD / YYYY

        District _____ When ____/____/_____  Case number _____
                                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes. Debtor _____  Relationship _____

        District _____  When ____/____/_____
                                       MM / DD / YYYY

        Case number, if known _____

| Debtor | Smazy Enterprise IV LLC   (AUSTIN) | Case number (if known)_____ |
|--------|------------------------------------|------------------|
|        | Name |  |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**_____

|        |        |
|--------|--------|
| Number | Street |

_____

| City | State | ZIP Code |
|------|-------|----------|

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☒ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| Debtor | Smazy Enterprise IV LLC   (AUSTIN) | Case number (if known) _____ |
|--------|-----------|-----------|
|        | Name      |           |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☑ $100,001-$500,000
- ☐ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   08/21/2023
MM / DD / YYYY

✖ /s/ Yusuf Ali
Signature of authorized representative of debtor

Yusuf Ali
Printed name

Title  President

**18. Signature of attorney**

✖ /s/ Andrew Nichols
Signature of attorney for debtor

Date   08/21/2023
MM   / DD / YYYY

Andrew Nichols
Printed name

Law Office of Andrew B. Nichols
Firm name

7920 Beltline Rd., Suite 650
Number      Street

Dallas
City

TX
State

75254
ZIP Code

214-971-2445
Contact phone

a_nichols_law@protonmail.com
Email address

14993220
Bar number

TX
State

ABB Optical Group
12301 NW 39th Street
Pompano Beach, FL 33065

Absolute Pest Control
5425 Way Blvd
Buda, TX 78610

Air Conditioning Services
Team Services a Division of ACIS
PO Box 3274
McKinney, TX 75070

ALTO- Southpark Meadow III LP
PO Box 841820
Boston, MA 02284

ALTO- Southpark Meadows III, LP
25 A. Hanover Road, Suite 350
Florham Park, NJ 07932

ALTO- Southpark Meadows III, LP
301 Camp Craft Rd
Austin, TX 78746

Austin Development Services Department
PO Box 1088
Austin, TX 78767

City of Austin Utilities
PO Box 2267
Austin, TX 78783

First Guarantee Bank
Loan Servicing
8951 Synergy Drive
McKinney, TX 75070

Guardian Protection
PO Box 37451
Philadelphia, PA 19101

MD Optical Franchise, LLC
3801 S. Congress Ave.
Palm Spring, FL 33461

Nationwide General Insurance Company
1100 Locust St.
Dept 1100
Des Moines, IA 50391

Patrick Wickliff
2217 Fancy Gap Ln
Austin, TX 78745

Spectrum
Charter Communication
PO Box 60074
City Of Industry, CA 91716

Staton Optical
3801 S. Congress Avenue
Lake Worth, FL 33461

Teagon Wharton
4 Bullsey Circle
Wimberley, TX 78676

Yazid  Contreras
2108 Ponciana Loop
Austin, TX 78744

United States Bankruptcy Court

Eastern District of Texas

In re:  Smazy Enterprise IV LLC     (AUSTIN)

Case No.

Chapter    7

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:      08/21/2023

/s/ Yusuf Ali
Signature of Individual signing on behalf of debtor

President
Position or relationship to debtor